IN THE UNITED STATES OF AMERICA
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | CR No CR-06-11T |
| | ) | In Violation of 18 U.S.C. |
| DOUGLAS W. COX | ) | § 1621 |

INFORMATION

The United States Attorney charges:

On or about the 29th day of March, 2004, in the District of Rhode Island, the defendant, DOUGLAS W. COX, having duly taken an oath in a case in which a law of the United States authorizes an oath to be administered, during an investigation duly authorized by the United States Trustee for the United States Bankruptcy Court for the District of Rhode Island, did willfully and knowingly and contrary to said oath, state material matter which he did not believe to be true, that is to say:

At the time and place aforesaid, the United States Trustee for the District of Rhode Island was conducting an investigation to determine the purchase of and ownership of certain vending machines in relation to a petition for bankruptcy filed by the defendant, DOUGLAS W. COX. It was material to the aforesaid investigation to determine whether the defendant, DOUGLAS W. COX, had ever purchased and/or owned said vending machines.

At the time and place aforesaid in paragraph 1, the defendant, DOUGLAS W. COX, appeared as a witness in a deposition being conducted by an Assistant United States Trustee, and then

and there being under oath as aforesaid, testified falsely during said deposition with respect to the aforesaid material matter as follows:

"Q". Are there any vending machines in your possession?
"A". No sir.
"Q". At any time did you own vending machines?
"A". No. They were owned by my brother-in-law ...

. . .

"Q". And you never owned them?
"A". No sir.

The aforesaid underscored testimony of the defendant, DOUGLAS W. COX, as he then and there well knew and believed, was false in that in January, 2003, the defendant, DOUGLAS W. COX, did in fact purchase said vending machines from William T. Pierce and he owned and possessed said vending machines on or about March 29, 2004.

All in violation of 18 U.S.C. § 1621.

ROBERT CLARK CORRENTE
United States Attorney

James H. Leavey
JAMES H. LEAVEY
Assistant U.S. Attorney

Kenneth P. Madden
KENNETH P. MADDEN
First Assistant U.S. Attorney

DATE FILED: 1-31-2006