AO 458 (Rev. 10/95) Appearance

# United States District Court

## *District of Rhode Island*

United States of America

v.

Douglas W. Cox

APPEARANCE

CASE NUMBER: CR-06-11 T

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for Douglas W. Cox

I certify that I am admitted to practice in this court.

February 13, 2006
*Date*

[signature]
*Signature*

Kevin J. Bristow
*Print Name*

3984
*Bar Number*

505 Turks Head Bldg.
*Address*

Providence RI 02903
*City* *State* *Zip Code*

521-2800
*Phone Number*

521-2812
*Fax Number*

was electronically produced by John Etchells and Richard Jones using Omniform Internet Publisher.