RECEIVED
JAN 31 2006
U.S. DISTRICT COURT
DISTRICT OF R.I.

O AO 455 (Rev. 5/85) Waiver of Indictment

# UNITED STATES DISTRICT COURT

DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA
V.
DOUGLAS W. COX

## WAIVER OF INDICTMENT

CASE NUMBER: CR 06-11T

I, Douglas W. Cox, the above named defendant, who is accused of

Perjury, in violation of 18 U.S.C. Sec. 1621

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on February 13, 2006 (Date) prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

DOUGLAS W. COX
Defendant

KEVIN J. BRISTOW
Counsel for Defendant

Before ______________________
Judicial Officer