AO 83 (Rev. 12/85) Summons in a Criminal Case

# United States District Court
## *District of Rhode Island*

RECEIVED
FEB 03 2006
US MARSHALS
RHODE ISLAND

**UNITED STATES OF AMERICA**

v.

DOUGLAS W. COX

SUMMONS IN A CRIMINAL CASE

CASE NUMBER: CR06-11T

(Name and Address of Defendant)

PLEASE CONTACT PRETRIAL SERVICES AT 752-7300 TO SCHEDULE AN APPOINTMENT PRIOR TO THE HEARING.

YOU ARE HEREBY SUMMONED to appear before the United States District Court at the place, date and time set forth below.

| Place | Room |
|---|---|
| **United States Courthouse**<br>**Two Exchange Terrace**<br>**John O. Pastore Federal Building**<br>**Providence, RI 02903** | COURTROOM A |
| Before: U.S. MAGISTRATE JUDGE LINCOLN D. ALMOND | Date and Time<br>February 9, 2006 AT 11:30 a.m. |

To answer a(n)

☐ Indictment ☒ Information ☐ Complaint ☐ Violation Notice ☐ Probation Violation Petition

Charging you with a violation of Title 18 Section(s) 1621

Brief description of offense:

PERJURY

Signature of Issuing Officer

February 3, 2006

Date

JEANNINE THEALL, DEPUTY CLERK

Name and Title of Issuing Officer

This form was electronically produced by John Etchells and Richard Jones using Omniform Internet Publisher.

3 (Rev. 12/85) Summons in a Criminal Case

## RETURN OF SERVICE

ervice was made by me on: Date 2-9-06

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant at: ______________________

☐ Left summons at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein and mailed a copy of the summons to the defendant's last known address.
left: ______________________

☒ Returned unexecuted: Cancelled by Court

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Returned on 2-9-06
Date

B Stallwood
Name of United States Marshal

[illegible signature]
(by) Deputy United States Marshal

Remarks:

DISTRICT OF RHODE ISLAND
U.S. DISTRICT COURT
2006 FEB 10 P 2:03
FILED